AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA </br>*Plaintiff*</br>v.</br>APPROXIMATELY 1,694,395.463328 OF TETHER CRYPTOCURRENCY</br>*Defendant* | )</br>)</br>)  Civil Action No. 24cv2828 (RCL)</br>)</br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

☑ other: the United States recovers rom the defendant property in the amount of the asset

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Royce C. Lamberth _____ on a motion for default judgment

Date: 01/21/2026

ANGELA D. CAESAR, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*